UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEROME JAMES JOHNSON,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>PERRY RUSSELL, et al.,<br><br>　　　　　　　　　Defendants. | 3:21-cv-00263-ART-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

　　　　Pursuant to the court's order (ECF No. 33), the Attorney General's Office filed its Supplemental Notice of Compliance advising that the Office discovered a possible new, out-of-state, last known address for Defendant Craig Madeiros. (ECF No. 38.) The Office has filed the new last known address under seal. (ECF No. 39.) If Plaintiff wishes to have the U.S. Marshal attempt service on Defendant Madeiros, he shall follow the instructions contained in this order.

　　　　The Clerk shall ISSUE a summons for Craig Madeiros and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 39.) The Clerk shall also SEND sufficient copies of the Complaint, (ECF No. 4), the screening order, (ECF No. 3) and this order to the U.S. Marshal for service on the Defendant.  The Clerk shall SEND to Plaintiff one (1) USM-285 form. Plaintiff shall have until **Friday, August 26, 2022**, to complete the USM-285 service form and return it to the U.S. Marshal, 400 South Virginia Street, 2nd Floor, Reno, Nevada 89501.

　　　　If Plaintiff fails to follow this order, the above-named Defendant may be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

　　　　DATED:  August 11, 2022.



　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1