**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEROME JOHNSON,<br><br>                              Plaintiff,<br>   v.<br><br>PERRY RUSSELL, et al.,<br><br>                              Defendants. | 3:21-cv-00263-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 37 |

Before the court is Plaintiff's Motion for Extension of Discovery Deadlines (ECF No. 37). To date, there has been no response filed by Defendants.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Discovery Deadlines (ECF No. 37) is **GRANTED** to the extent as follows:

| | |
|---|---|
| Discovery deadline: | **December 14, 2022** |
| Deadline to move to extend discovery: | **November 23, 2022** |
| Discovery to file discovery motions: | **December 29, 2022** |
| Dispositive motion deadline: | **January 13, 2023** |
| Joint Pretrial Order deadline: | **February 13, 2023** |

If a dispositive motion is filed, the Joint Pretrial Order shall be due **thirty (30) days** after a decision on the dispositive motion.

DATED:  August 23, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1