**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEROME JAMES JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PERRY RUSSELL, et al.,<br><br>　　　　Defendants. | Case No. 3:21-cv-00263-ART-CSD<br><br>**ORDER GRANTING**<br><br>STIPULATION TO DISMISS<br>(ECF No. 66) |

On June 9, 2023, Plaintiff Jerome James Johnson filed a Motion to Dismiss this case. See ECF No. 64. On June 13, 2023, Defendants April Adams, Edward Gibson, Joshua Kelly, Chevelle Smith and Perry Russell, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Janet L. Merrill, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, filed a Non-opposition to Plaintiff's Motion to Dismiss Case. ECF No. 65. Based on such, the instant Stipulation is respectfully submitted.

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed, with each party bearing their own attorney's fees and costs.

///

///

IT IS HEREBY FURTHER STIPULATED that the Court may accordingly close the case. Any outstanding deadlines are considered moot.

DATED this 1st day of August, 2023.          DATED this 1st day of August, 2023

                                      AARON D. FORD
                                      Attorney General

By: *Jerome Johnson*                          By: */s/Janet L/ Merrill*
JEROME JAMES JOHNSON                 JANET L. MERRILL (Bar No.107366)
Plaintiff                                              Deputy Attorney General
                                      *Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED and the Clerk is directed to close the case.

_____
Anne R. Traum
United States District Court Judge

DATED: August 3, 2023